O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE R. RICH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>　　　　　Defendant.<br>_____ | ) Case No.  20-cv-4358 DDP (AGRx)<br>)<br>) **ORDER TO SHOW CAUSE WHY**<br>) **THIS CASE SHOULD NOT BE**<br>) **DISMISSED FOR LACK OF**<br>) **SUBJECT MATTER JURISDICTION**<br>)<br>)<br>)<br>)<br>)<br>) |

　　　Plaintiff is ordered to show cause why this case should not be dismissed for lack of jurisdiction.  A complaint must include a short plain statement of the claim and of the court's jurisdiction.  *See* Fed. R. Civ. P. 8(a).  If the court determines at any time that it lacks subject matter jurisdiction, the court must dismiss the action.  Fed. R. Civ. P. 12(c).

　　　Plaintiff asserts that this court has jurisdiction due to a forum selection clause set forth in the passenger ticket which names the place of venue and jurisdiction as the

United States District Court in the Central District of California.  (Dkt. 1, Compl. ¶ 1).  A forum selection clause is insufficient to establish subject matter jurisdiction in federal court; a federal court has subject matter jurisdiction over an action when the action arises under federal law, or alternatively, under diversity jurisdiction.  28 U.S.C. §§ 1331, 1332.  It appears that the negligence claim here arises under state tort law.  (*See* Compl. ¶ 9).  Therefore, there is no federal question jurisdiction.  Alternatively, a district court has diversity jurisdiction over "all civil actions where the matter in controversy exceeds $75,000, exclusive of interests and costs, and is between . . . citizens of different States . . ."  28 U.S.C. § 1332 (a)(1).  The complaint here makes no mention of whether the amount sought exceeds $75,000.  Moreover, the complaint does not clearly set forth the citizenship of the parties. (Compl. ¶ 4).

      Accordingly, the court orders Plaintiff to file a brief, not to exceed five pages, within ten days of the date of this order, showing why this case should not be dismissed for lack of subject matter jurisdiction.  The court will regard any failure to file an explanatory brief as consent to dismiss this matter.

Dated: July 9, 2020

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

2